UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHARLES A. CRITTENDEN                                                                 Plaintiff

v.                                                                      Civil Action No. 3:20CV-268-RGJ

NORFOLK SOUTHERN CORPORATION,                                        Defendants
ET AL.

\* \* \* \* \*

## **ORDER**

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 27], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:  Counsel of Record